UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JIMMY LEE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>Defendant. | Case No. 2:17-cv-01042- WED<br><br>Honorable Judge William E. Duffin |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JIMMY LEE WASHINGTON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, HARRIS & HARRIS, LTD, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 15, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Eastern District of Wisconsin
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com